**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**AMERICAN CONTRACTORS**                          **CIVIL ACTION**
**INDEMNITY COMPANY**

**VERSUS**                                                              **No. 20-2860**

**GALAFARO CONSTRUCTION, LLC, ET AL.**            **SECTION I**

<u>ORDER</u>

The Court previously ordered defendant Galafaro Construction, LLC (the "Company") to retain counsel licensed to practice before this Court no later than April 16, 2021.[1]  The Company has since requested additional time to retain counsel, and the plaintiff has indicated that it does not oppose such an extension.  Therefore,

**IT IS ORDERED** that the Court's Order of April 2, 2021 is **MODIFIED**; the Company shall retain counsel licensed to practice before this Court and cause such counsel to enter an appearance no later than **FRIDAY, MAY 14, 2021**.

**IT IS FURTHER ORDERED** that the motion[2] for extension of a deadline filed by the defendants is **DISMISSED AS MOOT**.

New Orleans, Louisiana, April 21, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 9.
[2] R. Doc. No. 10.